# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 3rd JUDICIAL DISTRICT OF THE
COMMONWEALTH OF
PENNSYLVANIA

:     NO. 358

:

:     MAGISTERIAL RULES DOCKET

:

:

## <u>AMENDED ORDER</u>

**PER CURIAM**

    **AND NOW,** this 1st day of June 2015, the Order dated June 10, 2013 that Reestablished the Magisterial Districts of the 3rd Judicial District (Northampton County) of the Commonwealth of Pennsylvania, is hereby AMENDED as follows: the elimination of Magisterial District 03-2-07 and the realignment of Magisterial District 03-3-01 shall be effective June 26, 2015. The Order of June 10, 2013 shall remain in effect in all other respects.